CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Megan Paige**<br>DOB: 1999; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**25-04799MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about March 4, 2025, in the District of Arizona, **Megan Paige**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Eduardo Francisco Sierra-Ramirez and Juan Orlando Orellano-Diaz, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On March 4, 2025, in the District of Arizona (Three Points), at approximately 8:30 p.m., Border Patrol Agents (BPAs) were observing traffic at the intersection of State Route (SR) 86 and SR 286 near Three Points, Arizona. BPAs noted that previous arrests and seizures in this area indicate that smuggling organizations utilize this area to load migrants and contraband into vehicles. At approximately 9:00 p.m., BPAs observed a gray Jeep Compass travelling east on SR 86. BPAs stated that they only observed one visible occupant in the vehicle and noted that the vehicle appeared to be riding very low on the rear suspension. While travelling behind the Jeep Compass, BPAs observed two occupants in the back seat and decided to run records checks on the vehicle. BPAs stated the vehicle records returned out of Show Low, Arizona. BPAs conducted an immigration stop on the vehicle. BPAs noted that as the vehicle yielded, the driver, identified as Megan **PAIGE**, exited the vehicle and ran approximately ten yards before giving up and being placed in custody. BPAs stated that as they approached the passenger side of the vehicle, they observed multiple occupants laying on top of each other in the back seat and cargo area. BPAs conducted an immigration inspection on the occupants of the vehicle, two of which were identified as Eduardo Francisco Sierra-Ramirez and Juan Orlando Orellano-Diaz, and they were determined to be citizens of Mexico and Honduras, illegally present in the United States. Records checks revealed that Eduardo Francisco Sierra-Ramirez and Juan Orlando Orellano-Diaz do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Eduardo Francisco Sierra-Ramirez stated that he is a citizen of Mexico and that he paid a total of $6,000 to be smuggled into the United States. Sierra stated that he illegally crossed the International Boundary Fence with three other individuals and that he intended to be smuggled to Phoenix, Arizona. Sierra stated that his group was guided through the desert via cell phone, and they did not have a foot guide. Sierra stated that when he arrived at the location given to him over the phone, there were four other individuals waiting there. Sierra stated that he was given a description of the load vehicle over the phone. Sierra described the vehicle as a small, gray four-door Cherokee.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Eduardo Francisco Sierra-Ramirez and Juan Orlando Orellano-Diaz

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]) | DATE<br>March 5, 2025 |

[1]) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

25-04799MJ

**Continued from front page.**

Sierra stated that when the vehicle arrived, the middle seats were already down, and all eight individuals got into the back of the vehicle.   Sierra stated that the driver was wearing sweatpants and a white blouse and was speaking to them in English.   Sierra described the driver as a tall, light-skinned female with green eyes.   Sierra stated that the driver stopped the vehicle after seeing Border Patrol and she started running away.

Material witness Juan Orlando Orellano-Diaz stated that he is a citizen of Honduras and that he was going to pay a total of $6,000 to be smuggled into the United States.   Orellano stated that he had paid $4,000 already and was going to pay the remaining balance once he arrived in Iowa.   Orellano stated that he crossed into the United States with six or seven other individuals where there was no border fence present.   Orellano stated that he walked for four days and met up with other individuals along the way.   Orellano stated that a total of eight individuals made it to the pickup location near a highway.   Orellano stated the driver arrived in a gray Jeep Cherokee and flashed their lights to signal to the group.   Orellano stated that he got into the backseat of the vehicle.   Orellano stated that when the Border Patrol pulled them over, the driver exited the vehicle and started to run.   Orellano stated that the driver was a female.